1  BENJAMIN B. WAGNER
   United States Attorney
2  KATHLEEN A. SERVATIUS
   MELANIE L. ALSWORTH
3  Assistant United States Attorney
   2500 Tulare Street, Suite 4401
4  Fresno, CA 93721
   Telephone: (559) 497-4000
5  Facsimile:  (559) 497-4099

6  Attorneys for Plaintiff
   United States of America
7

**FILED**

MAY 2 9 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 IN RE: APPLICATION FOR SEARCH          CASE NO. 1:14-SW-85 BAM
   WARRANT
12 a) 32484 Digger Pine Road, Raymond, Ca; **UNDER SEAL**
   (b) 32175 Road 29, Raymond, Ca;
13 (c) a blue 90's generation Ford F-150 extended  ORDER UNSEALING SEARCH WARRANT
   cab;                                             APPLICATION AND SEARCH WARRANT
14 (d) Richard Wilson Key

15

16     The United States having applied to this Court previously for an order sealing the search warrants

17 and application in support thereof, and upon application of the government to unseal those documents in that

18 they warrants have been executed and the target of the investigation has been arrested,

19     IT IS ORDERED, that the search warrants and affidavit in the above-entitled matter shall be

20 unsealed.

21

22 Dated: May 29, 2014

23                                                    _____
                                                      HONORABLE BARBARA A. MCAULIFFE
24                                                    U.S. MAGISTRATE JUDGE

25

26

27

28

Order Sealing Search Warrant and Application       1